ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Faith Enterprises, Inc. | ) ASBCA No. 63478 |
| | ) |
| Under Contract No. W9128F-20-C-0018 | ) |

APPEARANCES FOR THE APPELLANT:
Shaun C. Kennedy, Esq.
Thomas A. Morales, Esq.
Christine M. Garson, Esq.
  Holland & Hart LLP
  Denver, CO

APPEARANCES FOR THE GOVERNMENT:
Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
James L. Schneider, Esq.
Thomas J. Tracy, Esq.
Eliezer Joesph Silberberg, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Omaha

ORDER OF DISMISSAL

By motion dated May 2, 2025, appellant indicated it wished to withdraw this appeal without prejudice. The government does not object to appellant's request. Accordingly, the appeal has been withdrawn. It is dismissed from the Board's docket without prejudice.

Dated: May 6, 2025

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63478, Appeal of Faith Enterprises, Inc., rendered in conformance with the Board's Charter.

Dated:  May 6, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals